**Opinion issued March 21, 2023**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-22-00933-CV

———————————

## IN RE YCI METHANOL ONE LLC AND KOCH METHANOL LLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, YCI Methanol One LLC and Koch Methanol LLC, have filed a petition for a writ of mandamus challenging the trial court's October 13, 2022 order denying their motion for leave to designate a responsible third party.[1] Relators

---

[1] The underlying case is *Thomas Huggins v. YCI Methanol One LLC and Koch Methanol LLC*, Cause No. 2019-34653, in the 164th District Court of Harris County, Texas, the Honorable C. Elliot Thornton presiding.

request that the Court vacate the trial court's October 13, 2022 order and grant their motion for leave to designate a responsible third party.

We deny relators' petition for writ of mandamus. All pending motions are dismissed as moot.

Julie Countiss
Justice

Panel consists of Justices Landau, Countiss, and Guerra.